FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR - 5 2015

MATTHEW J. DYKMAN
CLERK

1. **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2. Name Verdream          James          Patrick
3. (Last)          (First)          (Initial)

4. Prisoner Number 24270408

5. Institutional Address P/o Box 837 Estancia New Mexico 87016

---

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

James P Verdream )
(Enter the full name of plaintiff in this action.) )
                                    )
vs.                                 )   Case No. 15 CV 194 LH LAM
                                    )   (To be provided by the Clerk of Court)
Corrections Corporation of America  )
SGT Duff    C/O Garley              )   **COMPLAINT UNDER THE**
                                    )   **CIVIL RIGHTS ACT,**
C/O Acosta                          )   **Title 42 U.S.C § 1983**
                                    )
C/O OSTIN                           )
(Enter the full name of the defendant(s) in this action) )

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement Torrence County Detention Facility/Estancia, NM

   B.  Is there a grievance procedure in this institution?

       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?

       YES (X)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT                                    - 1 -

1. Informal appeal 2015-303-00057G  Refused The Administrative Duty officer No response from her at all.

2. First formal level this is the only level it gives To left to I file in court.

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

   YES (X)   NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

James P Verdream 24270408
PO Box 837 Estancia, New Mexico 87016

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

They won't provide there Full Name to me

COMPLAINT                                  - 2 -

1. SGT. DUFF - CORRECTION CORPORATION of America, SGT. Correction Officer
2. C/O OSTIN CCA CORRECTION OFFICER — TORRENCE County Detention Facility
3. C/O ACOSTA CCA CORRECTION OFFICE
4. C/O GARLEY CCA CORRECTION OFFICER

5. III. Statement of Claim.
6. State here as briefly as possible the facts of your case. Be sure to describe how each
7. defendant is involved and to include dates, when possible. Do not give any legal arguments or
8. cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9. separate numbered paragraph.
10. On Sunday the 22nd of Febuary SGT. Duff gave the order to Strip
11. Search Inmate Verdream (# 24270408) or CCA # 2121223 befor he went
12. into the Shower At 8:00am. I told SGT Duff that is not Policy
13. And you And Anyone elese has no authority to Strip Search me
14. And for what Reason. I am in Segergation He said it's policy I said
15. does the Captain on duty know about this he said yes he does
16. I Striped was told to Squat caugh spread my butt cheeks while
17. they Shined a flash light at my rectum to see if there
18. was Any thing there I felt Violated. Felt like I was going
19. to be Sexualy Assulted. Had no Idea why this was Happening
20. to me. I Never gave them a reason to do this I've Never had
21. A write up ever in 10months 3week I've been here
22. Kintuely _____ Verdream 24270408
23. IV. Relief.
24. Your complaint cannot go forward unless you request specific relief. State briefly exactly
25. what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26. I want monetary Relief.
27. I want these officer fired from there duty so they can't do this to Anyone
28. elese So Anyone elese doesn't feel like they have been Violated.

COMPLAINT — 3 —

1. To make inmates aware that this happens from Correction officers
2. To let people know that this company is violating inmates while they are
3. in custody. To tell inmates its ok to speak out about what has
4. happened to you. Don't be afraid to speak out.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of February, 2015

*James P VanDamme*

(Plaintiff's signature)

COMPLAINT - 4 -

Grievance No.: 2015-S03-00057-G                                   14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | James P Verdream | | |
|---|---|---|---|
| NUMBER: | 212223 | HOUSING ASSIGNMENT: | S-A-203 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?   ☐ YES   ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| **5. Safety/Security** (circled) | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary). Inmate Branch, Gilbert Gonzales

On Sunday the 22nd of February at 9:00 am. I felt like I was being sexual assulted strip before I take a shower bend over spread my cheeks wider so we can see this was SSt Duff and the staff that was here on Sunday. This is policy they said we have to be striped search every time we can go to the shower and come back I've read the policys there is no such policy on this at all. Just because we are in seg doesnt constitute this kind of treatmeant. So are you going in to the Pods and saying no showers until we strip search ya then we will turn on the water. Just because we are in Federal custody doesn't mean we dont have rights. Looking up at my butt with a flashlight that is a real sick person who does this I asked if the Captian knows about this oh yes, its policy. Then CCA must have different policy then we have felt violated something need to be done about this. They thought it was a big joke. Felt as they wanted to do some sexual act.

**Requested Action:** (Attach additional pages if necessary)

(1) To be held responsible for this who said this was ok to do
(2) To be fired this is not some joke
(3) To be removed from this post
(4) Peoples rights are violated here
(5) Internal affairs review Board

RECEIVED FEB 25 2015

Inmate/Resident's Signature: James P Verdream      Date Submitted: 2/24/15

Page 1 of 2                                                                              03/07

Grievance No.: 2015-503-00057-G    14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Per Policy 14-02 L.1.c "unless otherwise mandated by contract, alleged P.R.E.A. incidents will not be processed through the facility's inmate/resident grievance process. Should a report be submitted and received as an inmate/resident grievance, whether inadvertently or due to contracting agency requirements, it will immediately be referred to the facility Investigator or Administrative Duty Officer.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

This grievance is returned and allegations made have been referred per policy 14-02.

Responding Staff Member's Printed Name: Frank Rippetoe    Title: Grievance Coordinator
Responding Staff Member's Signature: _____    Date: 2/26/15
Inmate/Resident's Signature (upon receipt): _____    Date: _____

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____    Date: _____
Inmate/Resident's Signature (upon receipt) _____    Date: _____

Page 2 of 2    03/07

James Pellicans 212/223
P.O. Box 837
Estancia, New Mexico
87016

Legal Mail

RECEIVED
At Albuquerque NM
MAR 0 5 2015
MATTHEW J. DYKMAN

United States District Court
District of New Mexico
333 Lomas Blvd NW
Albuquerque, New Mexico
87102

8710227470